UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

CIVIL ACTION NO. 4:11CV-149-JHM

STATE AUTOMOBILE PROPERTY &
CASUALTY COMPANY                                                                  PLAINTIFF

VS.

THERE IS HOPE COMMUNITY CHURCH
By and Through its Pastor, Darrell Blacklock                                      DEFENDANT

## JUDGMENT

This matter having come before the Court on dispositive motions filed by the Plaintiff, and the Court having issued Memorandum Opinions and Orders granting said motions,

**IT IS HEREBY ORDERED** that judgment be entered in favor of the Plaintiff consistent with the Court's Memorandum Opinions and Orders.

**IT IS FURTHER ORDERED** that Defendant's Counterclaim be dismissed with prejudice.

Joseph H. McKinley, Jr., Chief Judge
United States District Court

July 23, 2014

cc: counsel of record