# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
### OWENSBORO DIVISION

**CIVIL ACTION NO. 4:11CV-149-JHM**

**STATE AUTOMOBILE PROPERTY &**
**CASUALTY COMPANY**                                          **PLAINTIFF**

**VS.**

**THERE IS HOPE COMMUNITY CHURCH**
**By and Through its Pastor, Darrell Blacklock**          **DEFENDANT**

## ORDER

This matter having come before the Court on Defendant's motion to withdraw its Notice of Appeal, and the Court being sufficiently advised,

**IT IS HEREBY ORDERED** that the motion is **denied.** Federal Rule of Appellate Procedure 42 provides that once the appeal has been docketed with the Circuit Court, only that court may dismiss the appeal. It appears the appeal was docketed on August 27, 2014.

*Joseph H. McKinley*

**Joseph H. McKinley, Jr., Chief Judge**
**United States District Court**

August 28, 2014

cc: counsel of record