Case No. 14-6059

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

STATE AUTOMOBILE PROPERTY AND CASUALTY INSURANCE COMPANY

    Plaintiff - Appellee

v.

THERE IS HOPE COMMUNITY CHURCH, By and Through Its Pastor, Darrell Blacklock

    Defendant - Appellant

Upon consideration of the appellant's motion to voluntarily dismiss the appeal herein pursuant to Rule 42(b), Federal Rules of Appellate Procedure,

It is **ORDERED** that the motion is **GRANTED** and the appeal is dismissed.

          **ENTERED PURSUANT TO RULE 45(a),**
          **RULES OF THE SIXTH CIRCUIT**
          Deborah S. Hunt, Clerk

Issued: September 02, 2014

# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: September 02, 2014

Mr. Matthew D. Ellison
Fowler Bell
300 W. Vine Street
Suite 600
Lexington, KY 40507

Mr. Harlan Ekin Judd III
Law Office
P.O. Box 51093
Bowling Green, KY 42102

Re: Case No. 14-6059, *State Auto Property & Ins Co v. There Is Hope Church*
Originating Case No. : 4:11-cv-00149

Dear Counsel:

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Leon T. Korotko
Case Manager
Direct Dial No. 513-564-7014

cc:  Ms. Vanessa L. Armstrong

Enclosure

No mandate to issue